**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FIRST BANK CHICAGO F/K/A FIRST BANK OF HIGHLAND PARK, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:23-CV-00643-MSN-JFA |
| v. | ) ) Judge Michael S. Nachmanoff |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION, | ) ) Magistrate Judge John F. Anderson ) |
| Defendant. | ) |

**JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER**

Plaintiff, First Bank Chicago ("Plaintiff"), and Defendant, American Electric Power Service Corporation ("Defendant," collectively the "Parties"), through their respective attorneys of record, pursuant to Fed. R. Civ. P. 26(c), jointly move the Court for entry of the attached Stipulated Protective Order and state as follow in support:

1. The Parties contemplate that discovery in this action may involve the production or disclosure of confidential person, financial or business information, and/or competitive information.

2. To ensure the protection of such information from public disclosure, the Parties request entry of a Stipulated Protective Order in this case, a copy of which is attached hereto as **Exhibit 1**.

3. As evidenced by the electronic signatures of counsel for the Parties on the proposed Stipulated Protective Order, the Parties, by counsel, consent to jointly move to enter the attached Stipulated Protective Order.

4.  Because the Parties have agreed to the entry of the proposed Stipulated Protective Order, no hearing on this Joint Motion is necessary unless desired by the Court.

5.  Good cause exists for the entry of the Stipulated Protective Order.

WHEREFORE, Plaintiff, First Bank Chicago, and Defendant, American Electric Power Service Corporation, by counsel, respectfully request that the Court grant their Joint Motion and enter the attached Stipulated Protective Order.

Dated: December 1, 2023

Respectfully submitted:

| | |
|---|---|
| /s/ Debbie Devassy Babu | /s/ Michelle S. Kallen |
| Debbie Devassy Babu (admitted *pro hac vice*) | Michelle S. Kallen (Bar No. 93286) |
| David Alexander Darcy (admitted *pro hac vice*) | JENNER & BLOCK LLP |
| DARCY & DEVASSY PC | 1099 New York Avenue, NW |
| 444 N. Michigan Ave Suite 3270 | Washington, DC 20001 |
| Chicago, IL 60611 | Phone: (202) 639-6000 |
| Ddevassy@darcydevassy.com | Facsimile: (202) 639-6066 |
| Adarcy@darcydevassy.com | MKallen@jenner.com |
| | |
| Bradley Todd Canter | Jared M. Klaus (admitted *pro hac vice*) |
| Ronald Scott Canter | James A. King (admitted *pro hac vice*) |
| THE LAW OFFICES OF RONALD S. CANTER LLC | PORTER WRIGHT MORRIS & ARTHUR LLP |
| 200a Monroe St Suite 104 | 41 South High Street, Suites 2800 – 3200 |
| Rockville, MD 20850 | Columbus, OH 43215 |
| Bcanter@roncanterllc.com | Phone: (614) 227-2000 |
| Rcanter@roncanterllc.com | Facsimile: (614) 227-2100 |
| | JKing@porterwright.com |
| | JKlaus@porterwright.com |
| *Counsel for Plaintiff First Bank Chicago* | *Counsel for Defendant American Electric Power Service Corporation* |

## CERTIFICATE OF SERVICE

I certify that on December 1, 2023, I have electronically filed Joint Motion to Enter Stipulated Protective Order with the Clerk of Court using the ECF system which will send notification of such filing to First Bank Chicago.

Dated this December 1, 2023.

/s/ Michelle S. Kallen

Michelle S. Kallen (Bar No. 93286)
Jenner & Block LLP
1099 New York Avenue, NW
Washington, DC 20001
Phone: (202) 639-6000
Facsimile: (202) 639-6066
MKallen@jenner.com

Jared M. Klaus (admitted *pro hac vice*)
James A. King (admitted *pro hac vice*)
Porter Wright Morris & Arthur LLP
41 South High Street, Suites 2800 – 3200
Columbus, OH 43215
Phone: (614) 227-2000
Facsimile: (614) 227-2100
JKing@porterwright.com
JKlaus@porterwright.com

*Counsel for Defendant American Electric Power Service Corporation*