**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| FIRST BANK CHICAGO F/K/A FIRST BANK OF HIGHLAND PARK, ) ) ) Plaintiff, ) ) ) v. ) ) AMERICAN ELECTRIC POWER ) SERVICE CORPORATION, ) ) Defendant. ) | Case No. 1:23-CV-00643-MSN-JFA<br><br>Judge Michael S. Nachmanoff<br><br>Magistrate Judge William B. Porter |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant American Electric Power Service Corporation ("AEPS"), through undersigned counsel, hereby submit the following objections to Plaintiff's trial exhibits pursuant to the Court's September 29, 2023 Order.

**OBJECTIONS TO TRIAL EXHIBITS**

These objections reflect Defendant's present understanding of the below exhibits. Defendant reserves the right to further object to certain exhibits at trial depending on how they are used, or which witness they are shown to, for example. Defendant also reserves the right to use any exhibit, whether listed or not, as impeachment or rebuttal exhibits, if necessary. Defendant further reserves the right to waive any of these objections.

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 83 | AEP_017692 | AEP_017693 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 84 | AEP_003994 | AEP_004028 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 85 | AEP_002227 | AEP_002228 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 86 | AEP_008058 | AEP_002216 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |
| 87 | AEP_016551 | AEP_016553 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 88 | AEP_004084 | AEP_004111 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 89 | AEP_001820 | AEP_001845 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 90 | AEP_001846 | AEP_001883 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 91 | AEP_007824 | AEP_007833 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |
| 92 | AEP_001181 | AEP_001207 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 93 | AEP_001927 | AEP_001930 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 94 | AEP_001442 | AEP_001448 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 96 | AEP_002346 | AEP_002348 | Hearsay (802). |
| 97 | AEP_000654 | AEP_000654 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 98 | AEP_016576 | AEP_016577 | Relevance (402). |
| 99 | AEP_016571 | AEP_016572 | Relevance (402). |
| 100 | AEP_002591 | AEP_002591 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 101 | AEP_000949 | AEP_000952 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 102 | AEP_000973 | AEP_000982 | Hearsay (802). |
| 104 | AEP_007201 | AEP_007209 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 105 | AEP_0016057 | AEP_0016059 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 106 | AEP_007271 | AEP_007272 | Relevance (402). |
| 107 | AEP_006500 | AEP_006501 | Relevance (402). |
| 108 | AEP_007416 | AEP_007417 | Relevance (402). |
| 109 | AEP_001438 | AEP_001438 | Relevance (402). |
| 110 | AEP_015542 | AEP_015543 | Relevance (402). |
| 111 | AEP_016982 | AEP_016986 | Relevance (402). |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 112 | AEP_007163 | AEP_007168 | Hearsay (802) – Defendant objects to this exhibit to the extent that a portion of it reflects an out-of-court statement made by a non-party.<br><br>Relevance (402). |
| 113 | AEP_002365 | AEP_002365 | Relevance (402). |
| 114 | AEP_016605 | AEP_016605 | Relevance (402). |
| 115 | AEP_007409 | AEP_007409 | Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously.<br><br>Relevance (402). |
| 116 | AEP_001383 | AEP_001437 | Relevance (402). |
| 117 | AEP_002355 | AEP_002357 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 118 | AEP_004366 | AEP_004366 | Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |
| 119 | AEP_002398 | AEP_002399 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |
| 121 | AEP_004191 | AEP_004194 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party. |
| 122 | AEP_007024 | AEP_007025 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |

| Exhibit No. | Beginning Bates / Description | End Bates | Objection |
|---|---|---|---|
| 123 | FBC_1 | FBC_2333 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements that were not made by an AEP representative, and do not fall under any permissible exceptions to Rule 802.<br><br>Relevance (402).<br><br>Incomplete (106) – Defendant objects to this exhibit to the extent that any documents or attachments referenced therein ought, in fairness, to be considered contemporaneously. |
| 124 | ePlus/AFG_010813 | ePlus/AFG_010816 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party.<br><br>Relevance (402). |
| 125 | ePlus_0079 | ePlus_0147 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party. |
| 126 | ePlus_0058 | ePlus_0078 | Hearsay (802) – Defendant objects to this exhibit to the extent that portions of it consist of out-of-court statements made by a non-party. |

| | |
|---|---|
| Dated: February 26, 2024 | Respectfully submitted:<br><br>*/s/ Michelle S. Kallen*<br>Michelle S. Kallen (Bar No. 93286)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Washington, DC 20001<br>Phone: (202) 639-6000<br>Facsimile: (202) 639-6066<br>MKallen@jenner.com<br><br>Jared M. Klaus (admitted *pro hac vice*)<br>James A. King (admitted *pro hac vice*)<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>41 South High Street, Suites 2800 – 3200<br>Columbus, OH 43215 s<br>Phone: (614) 227-2000<br>Facsimile: (614) 227-2100<br>JKing@porterwright.com<br>JKlaus@porterwright.com<br><br>*Counsel for Defendant American Electric Power Service Corporation* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the ECF system, which will send notification of such filing to First Bank Chicago.

*/s/ Michelle S. Kallen*
Michelle S. Kallen

*An attorney for Defendant American Electric Power Service Corporation*